**UNITED STATES of America,**
**Appellee,**

v.

**Jose Luis REYES–CONTRERAS,**
**Appellant.**

**No. 03–1389.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 23, 2003.

Filed: Nov. 7, 2003.

Michael J. Michalski, St. Cloud, MN, for appellant.

Nathan P. Pettterson, Minneapolis, MN, for appellee.

Before BYE, HANSEN, and MELLOY, Circuit Judges.

PER CURIAM.

Pursuant to a written plea agreement, Jose Luis Reyes–Contreras pleaded guilty to conspiring to distribute and possess with intent to distribute more than 500 grams of a substance containing methamphetamine, in violation of 21 U.S.C. § 846 (2000). He acknowledged that by pleading guilty, he was subjecting himself to a statutory minimum penalty of ten years in prison and five years of supervised release.

At sentencing, the district court[1] imposed the statutory minimum sentence: a ten-year prison term and a five-year term of supervised release. Reyes–Contreras subsequently moved to withdraw his guilty plea, have new counsel appointed, and have a new sentencing hearing conducted. The district court denied his motion. Reyes–Contreras appeals.

█ Reyes–Contreras cannot challenge his conviction or sentence on appeal because he received precisely what he bargained for in the plea agreement. *See United States v. Nguyen,* 46 F.3d 781, 783 (8th Cir.1995). The district court properly denied Reyes–Contreras's motion to withdraw his plea because it was filed after

sentence was imposed. *See* Fed.R.Crim.P. 11(e) (2002).

Accordingly, we affirm the judgment of the district court.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.